# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Sage Systems Technologies, LLC | )  ASBCA No. 60257 |
| | ) |
| Under Contract No. W911KB-13-C-0006 | ) |

APPEARANCE FOR THE APPELLANT:   Christopher J. Slottee, Esq.
    Vice President/General Counsel

APPEARANCES FOR THE GOVERNMENT:   Thomas H. Gourlay, Jr., Esq.
    Engineer Chief Trial Attorney
    Carl F. Olson, Esq.
    Kyle B. Davis, Esq.
    Engineer Trial Attorneys
    U.S. Army Engineer District, Alaska

## ORDER OF DISMISSAL

The appeal is withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 7 July 2016

TIMOTHY P. McILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60257, Appeal of Sage Systems Technologies, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals